**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**LAVERNE ADAMS**  **PETITIONER**
Reg # 14016-074

VS.  **CASE NO. 2:11CV00050 JLH/BD**

**T.C. OUTLAW, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas  **RESPONDENT**

**RECOMMENDED DISPOSITION**

**I**.  **Procedure for Filing Objections**

The following Recommended Disposition has been sent to Chief United States District Judge J. Leon Holmes.  Any party may file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommended Disposition.  A copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## II. Discussion

On March 10, 2011, Laverne Adams, a federal prisoner proceeding pro se, filed a petition for writ of habeas corpus (docket entry #1) under 28 U.S.C. § 2241. In the petition, Mr. Adams claims the Bureau of Prisons violated his constitutional right to due process during a disciplinary hearing.

When filing the petition, Mr. Adams neglected either to pay the $5.00 filing fee or to submit a motion to proceed *in forma pauperis*. On March 14, 2011, the Court entered an Order (#2) giving Mr. Adams thirty days to pay the filing fee or move to proceed *in forma pauperis*. Mr. Adams was warned that failure to comply with the Court's Order could result in dismissal of his case.

More than thirty days have passed since the Order was entered, and Mr. Adams has neither paid the filing fee nor filed the necessary papers to proceed *in forma pauperis*. Accordingly, Mr. Adams's petition should be dismissed without prejudice.

## III. Conclusion

The Court recommends that the District Judge dismiss Mr. Adams's petition without prejudice under Local Rule 5.5(c)(2).

DATED this 20th day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE