**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

LAVERNE ADAMS                                                                    PETITIONER
Reg # 14016-074

v.                              NO. 2:11CV00050 JLH/BD

T.C. OUTLAW, Warden,
Federal Correctional Complex,
Forrest City, Arkansas                                                          RESPONDENT

**<u>ORDER</u>**

    The Court has received the Recommended Disposition from Magistrate Judge  Beth Deere.

No objections have been filed.  After careful review of the recommendation and a *de novo* review

of the record, the Court concludes that the Recommended Disposition should be adopted as this

Court's findings in all respects.

    Adams's petition is DISMISSED, without prejudice, under Local Rule 5.5(c)(2) for failure

to comply with the Court's Order of March 14, 2011.

    IT IS SO ORDERED this 11th day of May, 2011.


_____
UNITED STATES DISTRICT JUDGE