# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

LAVERNE ADAMS                                                                                              PETITIONER
Reg # 14016-074

v.                                          NO. 2:11CV00050 JLH/BD

T.C. OUTLAW, Warden,
Federal Correctional Complex,
Forrest City, Arkansas                                                                                     RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 11th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE